United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-33531 |
| **RIVERSTONE RESORT, LLC,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

### ORDER TO PERSONALLY APPEAR

Azhar M. Chaudhary, the Member/Manager as shown in the Voluntary Petition (ECF No. 1) is **ORDERED** to personally appear before this Court, at 515 Rusk, 4th Floor, Houston, Texas 77002 at 1:30 p.m. on September 21, 2022.

**SO ORDERED.**

SIGNED 08/25/2022

_____
Jeffrey Norman
United States Bankruptcy Judge